M. Greg Mullanax, SBN 155138
greg@lawmgm.com
Law Office of M. Greg Mullanax
2140 N. Winery Ave., Suite 101
Fresno, CA 93703
(559) 420-1222
(559) 354-0997 fax

Attorney for Plaintiff,
Suzanne Linsky

Lindbergh Porter, SBN 100091
lporter@littler.com
Kurt R. Bockes, SBN 171647
kbockes@littler.com
Littler Mendelson, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
(415) 433-1940
(415) 399-8490 fax

Attorney for Defendant,
Dollar Tree Stores, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Suzanne Linsky**,<br><br>    Plaintiff,<br><br>v.<br><br>**Dollar Tree Stores, Inc.,**<br>a business entity,<br>and<br>**DOES 1 through 20**, inclusive,<br><br>    Defendants. | Case No. 1:15-CV-00382-WBS-MJS<br><br>STIPULATION REGARDING DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this entire action is

hereby dismissed with prejudice. The parties STIPULATE that each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: December 14, 2015            LAW OFFICE OF M. GREG MULLANAX

By: /s/ M. Greg Mullanax
M. Greg Mullanax
Attorney for Plaintiff,
Suzanne Linsky

DATED: December 23, 2015            LITTLER MENDELSON, P.C.

By: /s/ Kurt R. Bockes
Kurt R. Bockes
Attorneys for Defendant,
Dollar Tree Stores, Inc.

## ORDER

Pursuant to the stipulation of the parties, the Court ORDERS that the foregoing stipulation is binding, and this case, in its entirety, is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 30, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE